# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **WEB 2.0 TECHNOLOGIES, LLC AND PENNAR SOFTWARE CORPORATION,** | § § § § | |
| *Plaintiffs*, | § § | |
| **v.** | § § | **CIVIL ACTION NO. 9:25-cv-00087-MJT** |
| **ST. LUKE'S HEALTH MEMORIAL HOSPITAL,** | § § § § | |
| *Defendant*. | § | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule CV-11(c), Savannah Ezelle moves this Court for an Order permitting her to withdraw as counsel of record for Defendant St. Luke's Health Memorial Hospital. Ms. Ezelle requests this relief because she is leaving Hogan Thompson Schuelke LLP.

This matter is stayed pending appeal of a related case to the Federal Circuit. Dkt. 45. Defendant will continue to be represented by Shaun Zhang and Rachel Christenson of Riley Safer Holmes & Cancila LLP, who are counsel of record in this matter.

Dated: January 15, 2026

Respectfully submitted,

BY: */s/ Savannah L. Ezelle*
Shaun Zhang (IL 6327966)*
**RILEY SAFER HOLMES & CANCILA LLP**
1 S. Dearborn St., Suite 2200
Chicago, IL 60603
Telephone: 312.471.8700
Facsimile: 312.471.8701
Email: szhang@rshc-law.com

Rachel Christenson (CA 340898)*
**RILEY SAFER HOLMES & CANCILA LLP**
456 Montgomery Street, Floor 16
San Francisco, CA 94104
Telephone: 415.275.8564
Facsimile: 415.275.8551
Email: rchristenson@rshc-law.com

Savannah L. Ezelle
Texas Bar No. 24125223
**HOGAN THOMPSON SCHUELKE LLP**
1001 Fannin Street, Suite 4775
Houston, Texas 77002
Telephone: (713) 671-5630
sezelle@hoganthompson.com

***Attorneys for Defendant ST. LUKE'S HEALTH MEMORIAL HOSPITAL***

*Admitted to the Eastern District of Texas

## CERTIFICATE OF SERVICE

On this 15th day of January 2026, the above document was served on all counsel of record for the parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Savannah L. Ezelle*
Savannah L. Ezelle

2