**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **WEB 2.0 TECHNOLOGIES, LLC AND PENNAR SOFTWARE CORPORATION,** | § § § § | |
| *Plaintiffs*, | § § | |
| **v.** | § § | **CIVIL ACTION NO. 9:25-cv-00087-MJT** |
| **ST. LUKES HEALTH MEMORIAL HOSPITAL,** | § § § § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day, the Court considered the Motion to Withdraw as Counsel (the "Motion"). After due consideration, the Court **GRANTS** the Motion.

Therefore, the Court **ORDERS** that Rachel Christenson is permitted to withdraw as counsel of record for Defendant.

It is so **ORDERED**.